UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAY 28 2008
Property of U.S. District Court
District of Rhode Island

ARLENE MITCHELL, )
Plaintiff, )
v. ) CASE NO. 1:07-CV-229-ML-LDA
MICHAEL J. ASTRUE, Commissioner of Social Security, )
Defendant. )

ORDER

This matter is before the Court on defendant's Objection to the Magistrate Judge's Report and Recommendation dated April 28, 2008. This matter is hereby recommitted to Magistrate Judge Lincoln D. Almond for further consideration of the parties' positions following additional briefing by the parties.

Defendant shall file a Motion to Affirm the Decision of the Commissioner accompanied by a supporting memorandum on or before June 4, 2008. Plaintiff shall have up to and including June 18, 2008, to file a reply memorandum addressing issues raised in the defendant's memorandum.

Enter:

Mary M. Lisi
Mary M. Lisi
Chief Judge

By Order:

Barbara Barletta