UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARLENE MITCHELL

v.                                             CA 07-229 ML

MICHAEL J. ASTRUE
Commissioner of Social Security

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objections to a Report and Recommendation issued by Magistrate Judge Almond on September 12, 2008. Having reviewed the Report and Recommendation and Plaintiff's objections, the Court finds no merit in Plaintiff's arguments.

Accordingly, the Report and Recommendation is adopted in its entirety. The Commissioner's Motion for Order Affirming the Decision of the Commissioner is GRANTED and Plaintiff's Motion for Reversal of the Disability Determination of the Commissioner is DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
January 6, 2009